# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2017 JAN 24 P 2: 50

JON W. SANFILIPPO
CLERK

(Full name of plaintiff(s))

Brandy Bond

213 W Wabash Ave Waukesha WI 53186

v.

(Full name of defendant(s))

Wisconsin Hospitality Group

Michael Poma

Grand Ave Mall, Universal Security

Case Number:

**17-C-0114**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin and resides at
(State)

213 W Wabash Ave Waukesha WI 53186    414-915-3935
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Wisconsin Hospitality Group
(Name)

Complaint – 1

is (if a person or private corporation) a citizen of  Wisconsin Hospitality Group
(State, if known)

and (if a person) resides at 2120 Pewaukee Rd Suite 200 Waukesha WI 53188

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Wisconsin Hospitality Group 2120 Pewaukee Rd Suite Waukesha WI 53188

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

_____

_____

_____

_____

_____

_____

_____

_____

_____

Complaint – 2

Mike Poma

Shops of Grand Avenue

Universal Companies Security

Wisconsin Hospitality Group

Statement of Claim

It is the claim of Brandy Bond Milwaukee resident of 840 W. Juneau # 23 Milwaukee WI, that Mike Poma, General manager of Applebee's violated Brandy Bond's constitutional rights of freedom of speech by calling the Milwaukee Police department and having her arrested for complaining after being abused by himself (Mike Poma) and his staff.

While dining at Applebee's located at 212 W. Wisconsin Ave. on April 21, 2016 at approximately 2:30 PM, Brandy Bond a regular customer and former employee of Applebee's, after questioning the hiring practices of Mike Poma. Was withheld a bowl of soup that was ordered accompanying a glass of wine. During this ordeal personal space was violated by Mr. Poma and Universal Companies security staff, Brandy Bond was verbally assaulted by an Applebee's waitress being called "a heifer" this chain of events of being served alcohol, withheld food, verbally assaulted, and physical intimidation caused Bond to have a Posttraumatic stress disorder Induced anxiety attack. That resulted in an arrest that damaged Brandy Bond 16th district Wisconsin State assembly legislative campaign, in the following days caused a full psychotic break that caused Brandy Bond to be hospitalized in a mental institution. It is the plaintiffs intent to prove that Mr. Poma has a history of being sexually inappropriate with Brandy Bond and other Applebee's staff members and customers. And that the unconstitutional arrest not

only caused damage to Brandy Bond's Wisconsin State Assembly legislative campaign, is hindering the progress of Brandy Bond selling photography and showing visiting business prospects her art, hanging in the Shoppes of Grand Ave's Ayzha Fine Arts. The unfair treatment is also hindering business and network possibilities with the Newaukee networking firm which Bond has established a relationship with. The incident has defamed Brandy Bond's character, and has caused anxiety and post dramatic stress induce trauma when approached by any security guards. Brandy Bond seeks $17 million in damages; for lifetime damage to her political career, pain and suffering, deformation, and violation of constitutional rights.



Complaint – 3

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like plaintiffs to pay the sum of 17 Million dollars for emotional distress, violation

of my right to pursue happiness, deformation of character, intentional damage

damage to a political campaign with malice intent, causing a mental break that ended

hospitalzation.

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES        ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __24th__ day of __January__ 20_17_.

Respectfully Submitted,

_____
Signature of Plaintiff

(414) 915-3935
Plaintiff's Telephone Number

blrooney@wi.rr.com
Plaintiff's Email Address

213 W Wabash Ave Waukesha WI 53186
_____

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.